# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

SODAVY S.,

      Plaintiff(s),

v.

FRANK BISIGNANO,

      Defendant(s).

Case No. 2:25-cv-00663-NJK

**ORDER**

      Frank Bisignano is now Commissioner of Social Security.  A "[public] officer's successor is automatically substituted as a party."  Fed. R. Civ. P. 25(d).  Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Frank Bisignano in place of Leland Dudek.

      IT IS SO ORDERED.

      Dated: July 28, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1