# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SODAVY S.,

    Plaintiff(s),

v.

FRANK BISIGNANO,

    Defendant(s).

Case No. 2:25-cv-00663-NJK

**ORDER**

Notice of this case was provided to the Commissioner on April 14, 2025. *See* Docket No. 1 (notice of electronic filing). As such, the answer is overdue. *See* Supp. R. Soc. Sec. 4(a). The Commissioner is ORDERED to file an answer by August 6, 2025.

The Clerk's Office is INSTRUCTED to send this order to the Commissioner at ogc-omms-plit-court-notices@ssa.gov and usanv.ecf.ssa@usdoj.gov.

IT IS SO ORDERED.

Dated: July 28, 2025

                                                                            Nancy J. Koppe
United States Magistrate Judge