Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: CBrown@shookandstone.com

Attorneys for Sodavy Siv

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SODAVY SIV, | Case No.: 2:25-cv-00663-NJK |
| Plaintiff, | STIPULATION FOR DISMISSAL; |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, | **ORDER GRANTING STIPULATION OF DISMISSAL** |
| Defendant. | |

TO THE HONORABLE NANCY J. KOPPE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Sodavy Siv ("Plaintiff") and Frank Bisignano as the Commissioner of Social Security ("Defendant"), that

-1-

this matter be dismissed, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation pursuant to the terms of F.R.Civ.P. Rule 41(a) (2). The Stipulation for Dismissal is to allow Siv to seek review of the ALJ's order of dismissal dated December 16, 2024. Plaintiff will submit a request to the Appeals Council for an extension of time to seek review, and the Appeals Council will grant additional time to seek review as it has been over 60 days since the ALJ's dismissal.

DATE: August 26, 2025        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

BY: /s/ Marc V. Kalagian
_____
Marc V. Kalagian
Attorney for plaintiff Sodavy Siv

DATE: August 26, 2025        SIGAL CHATTAH
                             Acting United States Attorney

/S/ Angela Thornton-Millard
_____
ANGELA THORNTON-MILLARD
Special Assistant United States Attorney
Attorneys for Defendant FRANK BISIGNANO,
Commissioner of Social Security
(Per e-mail authorization)

## ORDER

The above captioned matter is dismissed pursuant to the stipulation, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.                 Dated: August 28, 2025

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

# PROOF OF SERVICE

*STATE OF CALIFORNIA, COUNTY OF LOS ANGELES*

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 12631 East Imperial Highway, Suite C-115, Santa Fe Springs, California 90670.

On this day of August 27, 2025, I served the foregoing document described as STIPULATION FOR DISMISSAL; AND [PROPOSED] ORDER on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Sodavy Siv
2476 Bellinzona Place
Henderson, NV 89044

I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Santa Fe Springs, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

I declare that I am employed in the office of a member of this court at whose direction the service was made.

Marc V. Kalagian    /s/ Marc V. Kalagian
TYPE OR PRINT NAME              SIGNATURE

-3-

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:25-cv-00663-NJK**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on August 27, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system, except the plaintiff served herewith by mail.

/s/ *Marc V. Kalagian*

_____
Marc V. Kalagian
Attorneys for Plaintiff

-4-